**Slip Op. 10-106**

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| DONGGUAN BON TEN FURNITURE CO., LTD., | : | |
| | : | |
| Plaintiff, | : | Before: Jane A. Restani, Chief Judge |
| | : | |
| v. | : | Court No. 09-00396 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHN-BASSETT FURNITURE, CO., INC., | : | |
| | : | |
| Defendant-Intervenors. | : | |

## JUDGMENT

Upon consideration of the remand results filed pursuant to the Court's grant of the Government's motion for voluntary remand, plaintiff's comments upon the remand results, defendant's response, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained; and it is further

ORDERED liquidation of any unliquidated entries covered by this action shall occur in accordance with the final conclusive decision in this matter pursuant to 19 U.S.C. § 1516a(e).

/s/ Jane A. Restani
Jane A. Restani
Chief Judge

Dated: This 17th day of September, 2010.
New York, New York.